Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                      Case No.: 19−19195−VFP
                                      Chapter: 13
                                      Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   James Dela Cerna                                    Sharon Dela Cerna
   aka James Delacerna                              107 Brookdale Ave.
   107 Brookdale Ave.                               Nutley, NJ 07110
   Nutley, NJ 07110

Social Security No.:
   xxx−xx−3735                                             xxx−xx−3739

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on July 31, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 31, 2019
JAN: jf

                                                                              Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
James Dela Cerna  
Sharon Dela Cerna  
    Debtors

Case No. 19-19195-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin           Page 1 of 2      Date Rcvd: Jul 31, 2019
                         Form ID: 148          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2019.
```
db/jdb         +James Dela Cerna,   Sharon Dela Cerna,   107 Brookdale Ave.,    Nutley, NJ 07110-1006
518228445       Brookdale Management Inc.,   98 South Burnett Avnue,   Newark, NJ 07102
518228446      ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
               (address filed with court: Caine & Weiner,   Attn: Bankruptcy,   Po Box 5010,
                 Woodland Hills, CA 91365)
518228450      +Equifax,   POB 740241,   Atlanta, GA 30374-0241
518228451      +Essex County Register of Deeds,   465 Martin L King Jr Blvd #130,   Newark, NJ 07102-1789
518228452      +Experian,   475 Anton Blvd,   Costa Mesa, CA 92626-7037
518228453      +Garden Savings F.c.u.,   129 Littleton Rd,   Parsippany, NJ 07054-1897
518228454      +Imaging Subspecialists of North Jersey,   703 Main St,   Paterson, NJ 07503-2621
518228458      +NOTCHVIEW PEDIATRICS,,   1033 Rte 46 East,   Clifton, NJ 07013-2475
518228457      +New Jersey Gross Income Tax,   P.O Box 046,   Trenton, NJ 08646-0046
518228459      +Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
518228460      +Progressive Garden Insurance,   Law Office of Jan Meyer and Associates,
                 1029 Teaneck Road 2nd Floor,   Teaneck, NJ 07666-4514
518228461      +Rubin & Rothman LLC,   1787 Veterans Memorial Hwy,   Islandia, NY 11749-1500
518326110     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: STATE OF NEW JERSEY,   DEPARTMENT OF THE TREASURY,
                 DIVISION OF TAXATION,   P.O. BOX 245,   TRENTON, NJ 08695-0245)
518303789      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 01 2019 00:40:37     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 01 2019 00:40:28     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518228444       E-mail/Text: ebn@americollect.com Aug 01 2019 00:40:49     Americollect,   Po Box 1566,
                 1851 South Alverno Road,   Manitowoc, WI 54221
518313249       EDI: BECKLEE.COM Aug 01 2019 03:53:00      American Express National Bank,
                 c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
518339868      +EDI: ATLASACQU.COM Aug 01 2019 03:53:00      Atlas Acquisitions LLC,   294 Union St.,
                 Hackensack, NJ 07601-4303
518228447      +EDI: CAPITALONE.COM Aug 01 2019 03:53:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
518259531      +EDI: AIS.COM Aug 01 2019 03:53:00      Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518228448      +Fax: 602-659-2196 Aug 01 2019 03:16:51      Chex System,   7805 Hudson Road,   suite 100,
                 Saint Paul, MN 55125-1703
518228449      +EDI: RCSFNBMARIN.COM Aug 01 2019 03:53:00      Credit One Bank,   Attn: Bankruptcy Department,
                 Po Box 98873,   Las Vegas, NV 89193-8873
518228455      +EDI: IRS.COM Aug 01 2019 03:53:00      Internal Revenue Service,   P.O. Box 7346,
                 Philadelphia, PA 19101-7346
518238698       EDI: RESURGENT.COM Aug 01 2019 03:53:00      LVNV Funding, LLC,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
518228456      +EDI: RESURGENT.COM Aug 01 2019 03:53:00      LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,
                 Po Box 10497,   Greenville, SC 29603-0497
518352513       EDI: PRA.COM Aug 01 2019 03:53:00      Portfolio Recovery Associates, LLC,   c/o Sears,
                 POB 41067,   Norfolk VA 23541
518228462       EDI: TFSR.COM Aug 01 2019 03:53:00      Toyota Financial Services,   Attn: Bankruptcy,
                 Po Box 8026,   Cedar Rapids, IA 52409
518228463       E-mail/Text: DASPUBREC@transunion.com Aug 01 2019 00:39:03     TransUnion,
                 555 W. Adams Street,   Chicago, IL 60661
518302397       EDI: BL-TOYOTA.COM Aug 01 2019 03:53:00      Toyota Motor Credit Corporation,
                 c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
518228464      +EDI: VERIZONCOMB.COM Aug 01 2019 03:53:00      Verizon,   Verizon Wireless Bk Admin,
                 500 Technology Dr Ste 550,   Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 17
```

    ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 31, 2019
                              Form ID: 148             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2019 at the address(es) listed below:

        Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Michelle Labayen     on behalf of Joint Debtor Sharon  Dela Cerna michelle@labayenlaw.com, silvia@labayenlaw.com
        Michelle Labayen     on behalf of Debtor James  Dela Cerna michelle@labayenlaw.com, silvia@labayenlaw.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                              TOTAL: 5