Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                      Case No.: 19−19195−VFP
                                                     Chapter: 13
                                                     Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  James Dela Cerna                                        Sharon Dela Cerna
  aka James Delacerna                               107 Brookdale Ave.
  107 Brookdale Ave.                               Nutley, NJ 07110
  Nutley, NJ 07110

Social Security No.:
  xxx−xx−3735                                              xxx−xx−3739

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 16, 2019</u>                   <u>Vincent F. Papalia</u>
                                                 Judge, United States Bankruptcy Court